144 A.3d 713

**STATE of Maryland**

v.

**COX, Vernon T.**

**Pet. Docket No. 573, Sept. Term, 2015**

Court of Appeals of Maryland.

August 22, 2016

Petition for writ of certiorari denied.

■

144 A.3d 713

**STATE of Maryland**

v.

**CRAWFORD, Tyree K.**

**Pet. Docket No. 570, Sept. Term, 2015**

Court of Appeals of Maryland.

August 22, 2016

Petition for writ of certiorari denied.